**Order entered September 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00015-CV**

**IN THE INTEREST OF C.H., A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-07919**

**ORDER**

Before the Court is appellant's September 10, 2021 second motion to extend time to file his reply brief. We **GRANT** the motion to the extent a reply brief in compliance with Texas Rule of Appellate Procedure 38.3 may be filed no later than September 20, 2021. *See* TEX. R. APP. P. 38.3.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE